FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 26, 2022

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LUIS ANDRE PEREZ,<br><br>  Plaintiff,<br><br>  v.<br><br>ANDREA LAUREN PORTER, THE DEPARTMENT OF CORRECTIONS and THE UNITED STATES OF AMERICA,<br><br>  Defendants. | NO: 2:22-CV-00087-RMP<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

BEFORE THE COURT is Plaintiff's Letter construed as a Motion to Withdraw Civil Rights Complaint. ECF No. 8.  The Court has not ruled on Plaintiff's application to proceed *in forma pauperis,* ECF No. 2.  Because Defendants have neither filed an answer nor moved for summary judgment, Plaintiff has an absolute right to voluntarily dismiss this case. Fed. R. Civ. P. 41(a)(1)(A)(i).

**ACCORDINGLY, IT IS ORDERED:**

All claims and causes of action in this matter are **DIMSISSED** without prejudice and without costs or fees to any party.  All pending motions are **DENIED** as moot and all hearing dates shall be **STRICKEN**.

ORDER OF DISMISSAL WITHOUT PREJUDICE -- 1

**IT IS SO ORDERED**.  The District Court Clerk is directed to enter this Order and Judgment accordingly, provide copies to Plaintiff, and **CLOSE** the file.

**DATED** May 26, 2022.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Senior United States District Judge